David Alan Dick,
Attorney at law
505 W Ray Road, Suite 4
Chandler, AZ 85225
480-782-1026
dakotaatty@cs.com
Arizona Bar # 013518

*Attorney for DEFENDANTS*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

DEBRA THOMAS,

An Arizona Resident

Plaintiff,

vs.

KHATRI, LLC, d/b/a/ GND Water and Ice
an Arizona Company, Sanjay Khatri an
Arizona resident, and Jyoti Khatri an
Arizona resident.

Defendants.

Case No 2-25-CV-00555 JZB

**ANSWER TO VERIFIED COMPLAINT**

COMES, NOW KHATRI, LLC, d/b/a/ GND Water and Ice, an Arizona Company,

Sanjay Khatri an Arizona resident, and Jyoti Khatri an Arizona resident - the

DEFENDANTS, by and through counsel and files the following Answer/response to the

Verified Complaint.

1. Defendants deny the allegations in paragraph one of the Complaint as

    Defendants are exempt from the Fair Labor Standards Act (FLSA 29 U.S.

    Code § 203 (S)1(A)ii.) and the Arizona Minimum Wage Statute (AMWS)

-1-

because they did not have $500,000 in gross sales during 2023 and 2024.  See Exhibit 1 Tax Returns of the Defendants.  See FLSA 29 U.S. Code § 203 (S)1(A)ii. **Enterprise coverage** refers to those businesses with a gross annual dollar volume of sales made or business done of $500,000 or more.  and See AMWS ARS § 23-362 (C ).

2.  Defendants deny the allegations in paragraph two of the Complaint as Defendants are exempt from the Fair Labor Standards Act (FLSA- 29 U.S. Code § 203 (S)1(A)ii.) and the Arizona Minimum Wage Statute (AMWS ARS § 23-362(C) because they did not have $500,000 in gross sales during 2023 and 2024.  See Exhibit 1 Tax Returns of the Defendants.  See FLSA 29 U.S. Code § 203 (S)1(A)ii. **Enterprise coverage** refers to those businesses with a gross annual dollar volume of sales made or business done of $500,000 or more.  and See AMWS ARS § 23-362 (C ).

3.  Defendants admit the allegations of paragraph 3 regarding jurisdiction.

4.  Defendants admit the allegations of paragraph 4 regarding venue.

5.  Defendants deny the allegations in paragraph 5 of the Complaint regarding state claims as Defendants are exempt from the Fair Labor Standards Act (FLSA 29 U.S. Code § 203 (S)1(A)ii.) and the Arizona Minimum Wage Statute (AMWS ARS § 23-362 (c) because they did not have $500,000 in gross sales during 2023 and 2024.  See Exhibit 1 Tax Returns of the Defendants.

See FLSA  - **Enterprise coverage** refers to those businesses with a gross annual dollar volume of sales made or business done of $500,000 or more.  and See AMWS ARS § 23-362 (C ).

6.  Defendants admit and deny the allegations of paragraph 6 regarding employment.   Plaintiff was hired as a 1099 independent contractor and frequently set her own hours of work.

7.  Defendants admit the allegations of paragraph 7 regarding Defendants residing in Arizona.

8.  Defendants admit and deny the allegations of paragraph 8 regarding full time work, as Plaintiff was hired as a 1099 independent contractor and frequently set her own hours of work sometimes not working for weeks at a time without any claim of being out sick.

9.  Defendants admit and deny the allegations of paragraph 9 regarding full time work, as Plaintiff was hired as a 1099 independent contractor and frequently set her own hours of work sometimes not working for weeks at a time without any claim of being out sick.

10. Defendants admit and deny the allegations of paragraph 10 regarding full time work, as Plaintiff was hired as a 1099 independent contractor and frequently set her own hours of work sometimes not working for weeks at a time without any claim of being out sick.

11. Defendants deny the allegations in paragraph 11 of the Complaint as Defendants are exempt from the Fair Labor Standards Act (FLSA 29 U.S. Code § 203 (S)1(A)ii.) and the Arizona Minimum Wage Statute (AMWS ARS § 23-362 (c) because they did not have $500,000 in gross sales during 2023 and 2024.   See Exhibit 1 Tax Returns of the Defendants.  See FLSA  - **Enterprise coverage** refers to those businesses with a gross annual dollar volume of sales made or business done of $500,000 or more.  and See AMWS ARS § 23-362 (C ).   In addition, Plaintiff was hired as a 1099 independent contractor and frequently set her own hours of work sometimes not working for weeks at a time without any claim of being out sick.

12. Defendants admit the allegations of paragraph 12 regarding Defendants being authorized to do business in Arizona.

13. Defendants deny the allegations in paragraph 13 of the Complaint are exempt from the Fair Labor Standards Act (FLSA 29 U.S. Code § 203 (S)1(A)ii.) and the Arizona Minimum Wage Statute (AMWS ARS § 23-362 (c) because they did not have $500,000 in gross sales during 2023 and 2024.   See Exhibit 1 Tax Returns of the Defendants.  See FLSA  - **Enterprise coverage** refers to those businesses with a gross annual dollar volume of sales made or business done of $500,000 or more.  and See AMWS ARS § 23-362 (C ).   In addition, Plaintiff was hired as a 1099 independent contractor and frequently set her own hours of work sometimes not working for weeks at a time without any claim of being

out sick.

14. Defendants deny the allegations in paragraph 14 of the Complaint as Defendants are exempt from the Fair Labor Standards Act (FLSA 29 U.S. Code § 203 (S)1(A)ii.) and the Arizona Minimum Wage Statute (AMWS ARS § 23-362 (c) because they did not have $500,000 in gross sales during 2023 and 2024.  See Exhibit 1 Tax Returns of the Defendants.  See FLSA  - **Enterprise coverage** refers to those businesses with a gross annual dollar volume of sales made or business done of $500,000 or more.  and See AMWS ARS § 23-362 (C ).  In addition, Plaintiff was hired as a 1099 independent contractor and frequently set her own hours of work sometimes not working for weeks at a time without any claim of being out sick.

15. Defendants admit the allegations of paragraph 15 regarding Defendant Sanjay Khatri being a resident of Arizona.

16. Defendants deny the allegations in paragraph 16 of the Complaint regarding being an employer as Defendants are exempt from the Fair Labor Standards Act (FLSA 29 U.S. Code § 203 (S)1(A)ii.) and the Arizona Minimum Wage Statute (AMWS ARS § 23-362 (c) because they did not have $500,000 in gross sales during 2023 and 2024.  See Exhibit 1 Tax Returns of the Defendants. See FLSA  - **Enterprise coverage** refers to those businesses with a gross annual dollar volume of sales made or business done of $500,000 or more.  and

See AMWS ARS § 23-362 (C ).   In addition, Plaintiff was hired as a 1099 independent contractor and frequently set her own hours of work sometimes not working for weeks at a time without any claim of being out sick.

17. Defendants admit the allegations of paragraph 17 regarding Defendant Sanjay Khatri being the owner of GND Water and Ice.

18. Defendants deny the allegations in paragraph 18 of the Complaint regarding being an employer of GND water and Ice as Defendants are exempt from the Fair Labor Standards Act (FLSA 29 U.S. Code § 203 (S)1(A)ii.) and the Arizona Minimum Wage Statute (AMWS ARS § 23-362 (c) because they did not have $500,000 in gross sales during 2023 and 2024.   See Exhibit 1 Tax Returns of the Defendants.  See FLSA  - **Enterprise coverage** refers to those businesses with a gross annual dollar volume of sales made or business done of $500,000 or more.  and See AMWS ARS § 23-362 (C ).

19. Defendants admit the allegations of paragraph 19 regarding Defendant Sanjay Khatri being a member of GND Water and Ice.

20. Defendants admit the allegations of paragraph 20 regarding Defendant Sanjay Khatri being the statutory agent of GND Water and Ice.

21. Defendants deny the allegations in paragraph 21 of the Complaint as Defendants are exempt from the Fair Labor Standards Act (FLSA 29 U.S. Code § 203 (S)1(A)ii.) and the Arizona Minimum Wage Statute (AMWS ARS

§ 23-362 (c) because they did not have $500,000 in gross sales during 2023 and 2024.   See Exhibit 1 Tax Returns of the Defendants.  See FLSA  - **Enterprise coverage** refers to those businesses with a gross annual dollar volume of sales made or business done of $500,000 or more.  and See AMWS ARS § 23-362 (C ).

22. Defendants deny the allegations in paragraph 22 of the Complaint as Defendants are exempt from the Fair Labor Standards Act (FLSA 29 U.S. Code § 203 (S)1(A)ii.) and the Arizona Minimum Wage Statute (AMWS ARS § 23-362 (c) because they did not have $500,000 in gross sales during 2023 and 2024.   See Exhibit 1 Tax Returns of the Defendants.  See FLSA  - **Enterprise coverage** refers to those businesses with a gross annual dollar volume of sales made or business done of $500,000 or more.  and See AMWS ARS § 23-362 (C ).

23. Defendants admit and deny the allegations of paragraph 23 regarding Defendant Sanjay Khatri having authority to hire Debra Thomas.  Plaintiff was hired as a 1099 independent contractor and frequently set her own hours of work sometimes not working for weeks at a time without any claim of being out sick.

24. Defendants admit and deny the allegations of paragraph 24 regarding Defendant Sanjay Khatri hiring Debra Thomas on 4/18/2023.  Plaintiff was

hired as a 1099 independent contractor and frequently set her own hours of work sometimes not working for weeks at a time without any claim of being out sick.

25.  Defendants admit and deny the allegations of paragraph 25 regarding Defendant Sanjay Khatri having authority to supervise and control Debra Thomas.  Plaintiff was hired as a 1099 independent contractor and frequently set her own hours of work sometimes not working for weeks at a time without any claim of being out sick.

26.  Defendants admit and deny the allegations of paragraph 26 regarding Defendant Sanjay Khatri made schedules for Debra Thomas.  However, Plaintiff was hired as a 1099 independent contractor and frequently set her own hours of work sometimes not working for weeks at a time without any claim of being out sick.

27.  Defendants admit and deny the allegations of paragraph 27 regarding Defendant Sanjay Khatri offered work to Debra Thomas at a set rate per hour and she accepted the offer. Plaintiff was hired as a 1099 independent contractor and frequently set her own hours of work sometimes not working for weeks at a time without any claim of being out sick.

28.  Defendants deny the allegations of paragraph 28 regarding Defendant Sanjay Khatri paying cash as  Debra Thomas demanded to be paid in cash as

she stated she did not want the payments shown as it would affect her other government benefits.

29. Defendants deny the allegations in paragraph 29 of the Complaint as Defendants are exempt from the Fair Labor Standards Act (FLSA 29 U.S. Code § 203 (S)1(A)ii.) and the Arizona Minimum Wage Statute (AMWS ARS § 23-362 (c) because they did not have $500,000 in gross sales during 2023 and 2024.   See Exhibit 1 Tax Returns of the Defendants.  See FLSA - **Enterprise coverage** refers to those businesses with a gross annual dollar volume of sales made or business done of $500,000 or more.  and See AMWS ARS § 23-362 (C ).

30. Defendants admit the allegations of paragraph 30 regarding Defendant Jyoti Khatri being a resident of Arizona.

31.   Defendants deny the allegations of paragraph 31 regarding Defendant Jyoti Khatri has directly caused events to take place giving rise to this action.

32. Defendants admit the allegations of paragraph 32 regarding Defendant Jyoti Khatri being an owner of GND Water and Ice.

33. Defendants deny the allegations in paragraph 33 of the Complaint regarding being an employer as Defendants are exempt from the Fair Labor Standards Act (FLSA 29 U.S. Code § 203 (S)1(A)ii.) and the Arizona Minimum Wage Statute (AMWS ARS § 23-362 (c) because they did not have $500,000 in gross

-9-

sales during 2023 and 2024.  See Exhibit 1 Tax Returns of the Defendants. See FLSA  - **Enterprise coverage** refers to those businesses with a gross annual dollar volume of sales made or business done of $500,000 or more.  and See AMWS ARS § 23-362 (C ).  In addition, Plaintiff was hired as a 1099 independent contractor and frequently set her own hours of work sometimes not working for weeks at a time without any claim of being out sick.

34. Defendants admit the allegations of paragraph 34 regarding Defendant Jyoti Khatri being a member of GND Water and Ice.

35. Defendants deny the allegations in paragraph 35 of the Complaint regarding being an employer as Defendants are exempt from the Fair Labor Standards Act (FLSA 29 U.S. Code § 203 (S)1(A)ii.) and the Arizona Minimum Wage Statute (AMWS ARS § 23-362 (c) because they did not have $500,000 in gross sales during 2023 and 2024.  See Exhibit 1 Tax Returns of the Defendants. See FLSA  - **Enterprise coverage** refers to those businesses with a gross annual dollar volume of sales made or business done of $500,000 or more.  and See AMWS ARS § 23-362 (C ).  In addition, Plaintiff was hired as a 1099 independent contractor and frequently set her own hours of work sometimes not working for weeks at a time without any claim of being out sick.

36. Defendants deny the allegations in paragraph 36  of the Complaint regarding being an employer as Defendants are exempt from the Fair Labor Standards

Act (FLSA 29 U.S. Code § 203 (S)1(A)ii.) and the Arizona Minimum Wage Statute (AMWS ARS § 23-362 (c) because they did not have $500,000 in gross sales during 2023 and 2024.   See Exhibit 1 Tax Returns of the Defendants. See FLSA  - **Enterprise coverage** refers to those businesses with a gross annual dollar volume of sales made or business done of $500,000 or more.  and See AMWS ARS § 23-362 (C ).   In addition, Plaintiff was hired as a 1099 independent contractor and frequently set her own hours of work sometimes not working for weeks at a time without any claim of being out sick.

37. Defendants deny the allegations in paragraph 37 of the Complaint regarding being an employer as Defendants are exempt from the Fair Labor Standards Act (FLSA 29 U.S. Code § 203 (S)1(A)ii.) and the Arizona Minimum Wage Statute (AMWS ARS § 23-362 (c) because they did not have $500,000 in gross sales during 2023 and 2024.   See Exhibit 1 Tax Returns of the Defendants. See FLSA  - **Enterprise coverage** refers to those businesses with a gross annual dollar volume of sales made or business done of $500,000 or more.  and See AMWS ARS § 23-362 (C ).   In addition, Plaintiff was hired as a 1099 independent contractor and frequently set her own hours of work sometimes not working for weeks at a time without any claim of being out sick. Furthermore Defendant Jyoti Khatri had not involvement in the work done by Plaintiff.

38. Defendants admit the allegations of paragraph 38 regarding Defendant Jyoti

-11-

Khatri being married to Sanjay Khatri.

39. Defendants deny the allegations in paragraph 39 of the Complaint regarding events giving rise to the action as Defendants are exempt from the Fair Labor Standards Act (FLSA 29 U.S. Code § 203 (S)1(A)ii.) and the Arizona Minimum Wage Statute (AMWS ARS § 23-362 (c) because they did not have $500,000 in gross sales during 2023 and 2024.   See Exhibit 1 Tax Returns of the Defendants.  See FLSA  - **Enterprise coverage** refers to those businesses with a gross annual dollar volume of sales made or business done of $500,000 or more.  and See AMWS ARS § 23-362 (C ).   In addition, Plaintiff was hired as a 1099 independent contractor and frequently set her own hours of work sometimes not working for weeks at a time without any claim of being out sick.

40.  Defendants deny the allegations in paragraph 40 of the Complaint regarding Community property.

41.   Defendants deny the allegations in paragraph 41 of the Complaint regarding Consent and ratification or authorized acts.

42. Defendants admit the allegations of paragraph 42 regarding Defendant Jyoti Khatri and Sanjay Khatri are being sued as individuals and in their corporate capacity.

43. Defendants deny the allegations in paragraph 43 of the Complaint regarding Joint and several liability.

**44.     Defendants deny the allegations in paragraph 44 of the Complaint regarding being employed within an Enterprise, because Defendants did not have $500,000 in gross sales during 2023 and 2024.   See Exhibit 1 Tax Returns of the Defendants.**

45.   **Defendants deny the allegations in paragraph 45 of the Complaint regarding being employed within an Enterprise, because Defendants did not have $500,000 in gross sales during 2023 and 2024.   See Exhibit 1 Tax Returns of the Defendants.**

46. Defendants deny the allegations in paragraph 46 of the Complaint regarding being employed within commerce as  they sold goods within Arizona that were purchased within Arizona and because Defendants did not have $500,000 in gross sales during 2023 and 2024.   Defendant did not produce anything.

47. Defendants deny the allegations in paragraph 47 of the Complaint regarding being employed within commerce as  they sold goods within Arizona that were purchased within Arizona and because Defendants did not have $500,000 in gross sales during 2023 and 2024.

48. Defendants deny the allegations in paragraph 48 of the Complaint

-13-

regarding being Plaintiff handling goods within commerce as Defendants sold goods purchased within Arizona that were purchased within Arizona and because Defendants did not have $500,000 in gross sales during 2023 and 2024.

49.    Defendants admit the allegations of paragraph 49 regarding Defendant handling credit card transactions.

50.    Defendants deny the allegations of paragraph 50 regarding plaintiff being a covered employee under individual coverage as Defendants are exempt from the Fair Labor Standards Act (FLSA 29 U.S. Code § 203 (S)1(A)ii.) and the Arizona Minimum Wage Statute (AMWS ARS § 23-362 (c) because they did not have $500,000 in gross sales during 2023 and 2024.   See Exhibit 1 Tax Returns of the Defendants.  See FLSA  -**Enterprise coverage** refers to those businesses with a gross annual dollar volume of sales made or business done of $500,000 or more.  and See AMWS ARS § 23-362 (C ). In addition, Plaintiff was hired as a 1099 independent contractor and frequently set her own hours of work sometimes not working for weeks at a time without any claim of being out sick.

51.    Defendants deny the allegations of paragraph 51 regarding plaintiff being a covered employee under enterprise coverage as Defendants are exempt from the Fair Labor Standards Act (FLSA 29 U.S. Code § 203 (S)1(A)ii.) and the Arizona Minimum Wage Statute (AMWS ARS § 23-362 (c) because they did not have $500,000 in gross sales during 2023 and 2024.   See Exhibit 1 Tax Returns of the Defendants.  See

FLSA - **Enterprise coverage** refers to those businesses with a gross annual dollar volume of sales made or business done of $500,000 or more. and See AMWS ARS § 23-362 (C ). In addition, Plaintiff was hired as a 1099 independent contractor and frequently set her own hours of work sometimes not working for weeks at a time without any claim of being out sick.

52.    Defendants admit the allegations of paragraph 52 regarding Defendant entity being a convenient store. It is also a convenience store.

53.    Defendants admit and deny the allegations in paragraph 53 of the Complaint regarding being an employment. Plaintiff began work on 4/18/2023. However Defendants are exempt from the Fair Labor Standards Act (FLSA 29 U.S. Code § 203 (S)1(A)ii.) and the Arizona Minimum Wage Statute (AMWS ARS § 23-362 (c) because they did not have $500,000 in gross sales during 2023 and 2024. See Exhibit 1 Tax Returns of the Defendants. See FLSA - **Enterprise coverage** refers to those businesses with a gross annual dollar volume of sales made or business done of $500,000 or more. and See AMWS ARS § 23-362 (C ). In addition, Plaintiff was hired as a 1099 independent contractor and frequently set her own hours of work sometimes not working for weeks at a time without any claim of being out sick.

54.    Defendants admit the allegations of paragraph 54 regarding Plaintiff's work.

55.    Defendants admit and deny the allegations of paragraph 55 regarding

Wages paid, as Plaintiff was paid $12 per hour plus the added employment compensation of renting the Defendants home 1654 West Boston Street, Chandler Az 85224 at over $300  per month below the market rate.

56. Defendants admit and deny the allegations of paragraph 56 regarding Wages paid, as Plaintiff was paid $13 per hour plus the added employment compensation of renting the Defendants home 1654 West Boston Street, Chandler Az 85224 at over $300  per month below the market rate.

57.  Defendants deny the allegations of paragraph 57 regarding plaintiff being a covered employee under Arizona Minimum wage Statute coverage as Defendants are exempt from the Fair Labor Standards Act (FLSA 29 U.S. Code § 203 (S)1(A)ii.) and the Arizona Minimum Wage Statute (AMWS ARS § 23-362 (c) because they did not have $500,000 in gross sales during 2023 and 2024.   See Exhibit 1 Tax Returns of the Defendants.  See FLSA  - **Enterprise coverage** refers to those businesses with a gross annual dollar volume of sales made or business done of $500,000 or more.  and See AMWS ARS § 23-362 (C ).   In addition, Plaintiff was hired as a 1099 independent contractor and frequently set her own hours of work sometimes not working for weeks at a time without any claim of being out sick.

58. Defendants admit and deny the allegations of paragraph 58.  Defendants admit that Plaintiff was not provided pay stubs, but Plaintiff asked to be paid in cash to avoid reporting her income that would effect her government benefits.

-16-

59. Defendants admit and deny the allegations of paragraph 59. Defendants admit that Defendant Sanjay kept track of hours work and pay given to Plaintiff.

60. Defendants admit and deny the allegations of paragraph 60. Defendants admit that Defendant Sanjay kept track of hours work for all of his workers in his book. Defendants deny that he became angry at Plaintiff for taking pictures of the book.

61. Defendants deny the allegations in paragraph 61 that Plaintiff is owned any back wages for 2023 as Defendants are exempt from the Fair Labor Standards Act (FLSA 29 U.S. Code § 203 (S)1(A)ii.) and the Arizona Minimum Wage Statute (AMWS ARS § 23-362 (c) because they did not have $500,000 in gross sales during 2023 and 2024. See Exhibit 1 Tax Returns of the Defendants. See FLSA  - **Enterprise coverage** refers to those businesses with a gross annual dollar volume of sales made or business done of $500,000 or more.  and See AMWS ARS § 23-362 (C ).  In addition, Plaintiff was hired as a 1099 independent contractor and frequently set her own hours of work sometimes not working for weeks at a time without any claim of being out sick.

62. Defendants deny the allegations in paragraph 62 of the Complaint that Plaintiff is owned any back wages for 2024 as Defendants are exempt from the Fair Labor Standards Act (FLSA 29 U.S. Code § 203 (S)1(A)ii.) and the Arizona Minimum Wage Statute (AMWS ARS § 23-362 (c) because they did not have $500,000 in gross sales during 2023 and 2024.  See Exhibit 1 Tax Returns of the Defendants.  See FLSA  - **Enterprise coverage** refers to those businesses with a gross annual dollar volume of

sales made or business done of $500,000 or more. and See AMWS ARS § 23-362 (C ). In addition, Plaintiff was hired as a 1099 independent contractor and frequently set her own hours of work sometimes not working for weeks at a time without any claim of being out sick.

63. Defendants admit deny the allegations in paragraph 63 that Plaintiff regularly worked more that 40 hours a week, as she worked extra hours at her discretion.

In addition, Plaintiff was hired as a 1099 independent contractor and frequently set her own hours of work sometimes not working for weeks at a time without any claim of being out sick. She worked 40 hours a week for about 30 weeks in 2023. She worked 40 hours a week for only 12 weeks in 2024 before she voluntarily quit.

64. Defendants deny the allegations in paragraph 64 of the Complaint that Plaintiff is owned any overtime wages for 2023 or 2024 as Defendants are exempt from the Fair Labor Standards Act (FLSA 29 U.S. Code § 203 (S)1(A)ii.) and the Arizona Minimum Wage Statute (AMWS ARS § 23-362 (c) because they did not have $500,000 in gross sales during 2023 and 2024. See Exhibit 1 Tax Returns of the Defendants. See FLSA - **Enterprise coverage** refers to those businesses with a gross annual dollar volume of sales made or business done of $500,000 or more. and See AMWS ARS § 23-362 (C ). In addition, Plaintiff was hired as a 1099 independent contractor and frequently set her own hours of work sometimes not working for weeks at a time without any claim of being out sick.

-18-

65. Defendants deny the allegations in paragraph 65 of the Complaint that Plaintiff is owned any overtime wages for 12/4/2023 as Defendants are exempt from the Fair Labor Standards Act (FLSA 29 U.S. Code § 203 (S)1(A)ii.) and the Arizona Minimum Wage Statute (AMWS ARS § 23-362 (c) because they did not have $500,000 in gross sales during 2023 and 2024.   See Exhibit 1 Tax Returns of the Defendants.  See FLSA  - **Enterprise coverage** refers to those businesses with a gross annual dollar volume of sales made or business done of $500,000 or more.  and See AMWS ARS § 23-362 (C ).   In addition, Plaintiff was hired as a 1099 independent contractor and frequently set her own hours of work sometimes not working for weeks at a time without any claim of being out sick.

66. Defendants deny the allegations in paragraph 66 of the Complaint that Plaintiff is owned any overtime wages for 2023 or 2024  as Defendants are exempt from the Fair Labor Standards Act (FLSA 29 U.S. Code § 203 (S)1(A)ii.) and the Arizona Minimum Wage Statute (AMWS ARS § 23-362 (c) because they did not have $500,000 in gross sales during 2023 and 2024.   See Exhibit 1 Tax Returns of the Defendants.  See FLSA  - **Enterprise coverage** refers to those businesses with a gross annual dollar volume of sales made or business done of $500,000 or more.  and See AMWS ARS § 23-362 (C ).   In addition, Plaintiff was hired as a 1099 independent contractor and frequently set her own hours of work sometimes not working for weeks at a time without any claim of being out sick.

67. Defendants deny the allegations in paragraph 67 of the Complaint that

-19-

Plaintiff is owned any overtime wages for 2023 or 2024 as Defendants are exempt from the Fair Labor Standards Act (FLSA 29 U.S. Code § 203 (S)1(A)ii.) and the Arizona Minimum Wage Statute (AMWS ARS § 23-362 (c) because they did not have $500,000 in gross sales during 2023 and 2024. See Exhibit 1 Tax Returns of the Defendants. See FLSA - **Enterprise coverage** refers to those businesses with a gross annual dollar volume of sales made or business done of $500,000 or more. and See AMWS ARS § 23-362 (C ). In addition, Plaintiff was hired as a 1099 independent contractor and frequently set her own hours of work sometimes not working for weeks at a time without any claim of being out sick.

68. Defendants deny the allegations in paragraph 68 of the Complaint that Plaintiff is owned any overtime wages for 2023 or 2024 as Defendants are exempt from the Fair Labor Standards Act (FLSA 29 U.S. Code § 203 (S)1(A)ii.) and the Arizona Minimum Wage Statute (AMWS ARS § 23-362 (c) because they did not have $500,000 in gross sales during 2023 and 2024. See Exhibit 1 Tax Returns of the Defendants. See FLSA - **Enterprise coverage** refers to those businesses with a gross annual dollar volume of sales made or business done of $500,000 or more. and See AMWS ARS § 23-362 (C ). In addition, Plaintiff was hired as a 1099 independent contractor and frequently set her own hours of work sometimes not working for weeks at a time without any claim of being out sick.

69. Defendants deny the allegations in paragraph 69 of the Complaint that Defendants knew Plaintiff had any overtime wages for 2023 or 2024 as Defendants are

-20-

exempt from the Fair Labor Standards Act (FLSA 29 U.S. Code § 203 (S)1(A)ii.) and the Arizona Minimum Wage Statute (AMWS ARS § 23-362 (c) because they did not have $500,000 in gross sales during 2023 and 2024.   See Exhibit 1 Tax Returns of the Defendants.  See FLSA  - **Enterprise coverage** refers to those businesses with a gross annual dollar volume of sales made or business done of $500,000 or more.  and See AMWS ARS § 23-362 (C ).   In addition, Plaintiff was hired as a 1099 independent contractor and frequently set her own hours of work sometimes not working for weeks at a time without any claim of being out sick.

70.   Defendants deny the allegations in paragraph 70 of the Complaint that Plaintiff was forced to work overtime as Defendants are exempt from the Fair Labor Standards Act (FLSA 29 U.S. Code § 203 (S)1(A)ii.) and the Arizona Minimum Wage Statute (AMWS ARS § 23-362 (c) because they did not have $500,000 in gross sales during 2023 and 2024.   See Exhibit 1 Tax Returns of the Defendants.  See FLSA  - **Enterprise coverage** refers to those businesses with a gross annual dollar volume of sales made or business done of $500,000 or more.  and See AMWS ARS § 23-362 (C ). In addition, Plaintiff was hired as a 1099 independent contractor and frequently set her own hours of work sometimes not working for weeks at a time without any claim of being out sick.   Plaintiff sought to work as much as possible.

71. Defendants deny the allegations in paragraph 71 of the Complaint that Plaintiff is owned any overtime wages for 2023 or 2024  as Defendants are exempt from the Fair Labor Standards Act (FLSA 29 U.S. Code § 203 (S)1(A)ii.) and the Arizona

Minimum Wage Statute (AMWS ARS § 23-362 (c) because they did not have $500,000 in gross sales during 2023 and 2024.   See Exhibit 1 Tax Returns of the Defendants.  See FLSA  - **Enterprise coverage** refers to those businesses with a gross annual dollar volume of sales made or business done of $500,000 or more.  and See AMWS ARS § 23-362 (C ).   In addition, Plaintiff was hired as a 1099 independent contractor and frequently set her own hours of work sometimes not working for weeks at a time without any claim of being out sick.

72. Defendants deny the allegations in paragraph 72 of the Complaint that Plaintiff not being advised of her rights as to wages for 2023 or 2024  as Defendants are exempt from the Fair Labor Standards Act (FLSA 29 U.S. Code § 203 (S)1(A)ii.) and the Arizona Minimum Wage Statute (AMWS ARS § 23-362 (c) because they did not have $500,000 in gross sales during 2023 and 2024.   See Exhibit 1 Tax Returns of the Defendants.  See FLSA  - **Enterprise coverage** refers to those businesses with a gross annual dollar volume of sales made or business done of $500,000 or more.  and See AMWS ARS § 23-362 (C ).   In addition, Plaintiff was hired as a 1099 independent contractor and frequently set her own hours of work sometimes not working for weeks at a time without any claim of being out sick.

73. Defendants deny the allegations in paragraph 73 of the Complaint that Plaintiff records were not kept  properly for 2023 or 2024  as Defendants are exempt from the Fair Labor Standards Act (FLSA 29 U.S. Code § 203 (S)1(A)ii.) and the Arizona Minimum Wage Statute (AMWS ARS § 23-362 (c) because they did not have

-22-

$500,000 in gross sales during 2023 and 2024.  See Exhibit 1 Tax Returns of the Defendants.  See FLSA  - **Enterprise coverage** refers to those businesses with a gross annual dollar volume of sales made or business done of $500,000 or more.  and See AMWS ARS § 23-362 (C ).   In addition, Plaintiff was hired as a 1099 independent contractor and frequently set her own hours of work sometimes not working for weeks at a time without any claim of being out sick.

74. Defendants deny the allegations in paragraph 74 of the Complaint that Plaintiff is owned any minimum  wages for 2023 or 2024  as minimum federal wage was 7.45 per hour and Defendants paid Plaintiff 12 of 13 per hour and Defendants are exempt from the Fair Labor Standards Act (FLSA 29 U.S. Code § 203 (S)1(A)ii.) and the Arizona Minimum Wage Statute (AMWS ARS § 23-362 (c) because they did not have $500,000 in gross sales during 2023 and 2024.   See Exhibit 1 Tax Returns of the Defendants.  See FLSA  - **Enterprise coverage** refers to those businesses with a gross annual dollar volume of sales made or business done of $500,000 or more.  and See AMWS ARS § 23-362 (C ).   In addition, Plaintiff was hired as a 1099 independent contractor and frequently set her own hours of work sometimes not working for weeks at a time without any claim of being out sick.

75. Defendants deny the allegations in paragraph 75 of the Complaint as fully set forth previously.

76. Defendants deny the allegations in paragraph 76 of the Complaint that

Plaintiff was employed by Defendants within the meaning of FLSA as Defendants are exempt from the Fair Labor Standards Act (FLSA 29 U.S. Code § 203 (S)1(A)ii.) and the Arizona Minimum Wage Statute (AMWS ARS § 23-362 (c) because they did not have $500,000 in gross sales during 2023 and 2024.   See Exhibit 1 Tax Returns of the Defendants.  See FLSA  - **Enterprise coverage** refers to those businesses with a gross annual dollar volume of sales made or business done of $500,000 or more.  and See AMWS ARS § 23-362 (C ).   In addition, Plaintiff was hired as a 1099 independent contractor and frequently set her own hours of work sometimes not working for weeks at a time without any claim of being out sick.

77. Defendants deny the allegations in paragraph 77 of the Complaint that Plaintiff is owned any overtime wages for 2023 or 2024  as Defendants are exempt from the Fair Labor Standards Act (FLSA 29 U.S. Code § 203 (S)1(A)ii.) and the Arizona Minimum Wage Statute (AMWS ARS § 23-362 (c) because they did not have $500,000 in gross sales during 2023 and 2024.   See Exhibit 1 Tax Returns of the Defendants.  See FLSA  - **Enterprise coverage** refers to those businesses with a gross annual dollar volume of sales made or business done of $500,000 or more.  and See AMWS ARS § 23-362 (C ).   In addition, Plaintiff was hired as a 1099 independent contractor and frequently set her own hours of work sometimes not working for weeks at a time without any claim of being out sick.

78. Defendants deny the allegations in paragraph 78 of the Complaint that Defendant intentionally did not pay Plaintiff  any overtime wages for 2023 or 2024  as

-24-

Defendants are exempt from the Fair Labor Standards Act (FLSA 29 U.S. Code § 203 (S)1(A)ii.) and the Arizona Minimum Wage Statute (AMWS ARS § 23-362 (c) because they did not have $500,000 in gross sales during 2023 and 2024.   See Exhibit 1 Tax Returns of the Defendants.  See FLSA  - **Enterprise coverage** refers to those businesses with a gross annual dollar volume of sales made or business done of $500,000 or more. and See AMWS ARS § 23-362 (C ).   In addition, Plaintiff was hired as a 1099 independent contractor and frequently set her own hours of work sometimes not working for weeks at a time without any claim of being out sick.

79. Defendants deny the allegations in paragraph 79 of the Complaint that Plaintiff suffered damages  as Defendants are exempt from the Fair Labor Standards Act (FLSA 29 U.S. Code § 203 (S)1(A)ii.) and the Arizona Minimum Wage Statute (AMWS ARS § 23-362 (c) because they did not have $500,000 in gross sales during 2023 and 2024.   See Exhibit 1 Tax Returns of the Defendants.  See FLSA  - **Enterprise coverage** refers to those businesses with a gross annual dollar volume of sales made or business done of $500,000 or more.  and See AMWS ARS § 23-362 (C ).   In addition, Plaintiff was hired as a 1099 independent contractor and frequently set her own hours of work sometimes not working for weeks at a time without any claim of being out sick.

Furthermore Plaintiff attempted to extort funds on 1/15/2025 from Defendants threatening criminal action is she did not receive a $400 reduction in rent from Defendants.

-25-

80. Defendants deny the allegations in paragraph 80 of the Complaint that Plaintiff suffered damages  as Defendants are exempt from the Fair Labor Standards Act (FLSA 29 U.S. Code § 203 (S)1(A)ii.) and the Arizona Minimum Wage Statute (AMWS ARS § 23-362 (c) because they did not have $500,000 in gross sales during 2023 and 2024.   See Exhibit 1 Tax Returns of the Defendants.  See FLSA  - **Enterprise coverage** refers to those businesses with a gross annual dollar volume of sales made or business done of $500,000 or more.  and See AMWS ARS § 23-362 (C ).   In addition, Plaintiff was hired as a 1099 independent contractor and frequently set her own hours of work sometimes not working for weeks at a time without any claim of being out sick.

81. Defendants deny the allegations in paragraph 81 of the Complaint that Defendants acted willfully  as Defendants are exempt from the Fair Labor Standards Act (FLSA 29 U.S. Code § 203 (S)1(A)ii.) and the Arizona Minimum Wage Statute (AMWS ARS § 23-362 (c) because they did not have $500,000 in gross sales during 2023 and 2024.   See Exhibit 1 Tax Returns of the Defendants.  See FLSA  - **Enterprise coverage** refers to those businesses with a gross annual dollar volume of sales made or business done of $500,000 or more.  and See AMWS ARS § 23-362 (C ).   In addition, Plaintiff was hired as a 1099 independent contractor and frequently set her own hours of work sometimes not working for weeks at a time without any claim of being out sick.

82. Defendants deny the allegations in paragraph 82 of the Complaint that Defendants knew Plaintiff  was not being paid correctly as Defendants are exempt from the Fair Labor Standards Act (FLSA 29 U.S. Code § 203 (S)1(A)ii.) and the Arizona

Minimum Wage Statute (AMWS ARS § 23-362 (c) because they did not have $500,000 in gross sales during 2023 and 2024.   See Exhibit 1 Tax Returns of the Defendants.  See FLSA  - **Enterprise coverage** refers to those businesses with a gross annual dollar volume of sales made or business done of $500,000 or more.  and See AMWS ARS § 23-362 (C ).   In addition, Plaintiff was hired as a 1099 independent contractor and frequently set her own hours of work sometimes not working for weeks at a time without any claim of being out sick.

83. Defendants deny the allegations in paragraph 83 of the Complaint that Defendants knew Plaintiff was not being paid correctly as Defendants are exempt from the Fair Labor Standards Act (FLSA 29 U.S. Code § 203 (S)1(A)ii.) and the Arizona Minimum Wage Statute (AMWS ARS § 23-362 (c) because they did not have $500,000 in gross sales during 2023 and 2024.   See Exhibit 1 Tax Returns of the Defendants.  See FLSA  - **Enterprise coverage** refers to those businesses with a gross annual dollar volume of sales made or business done of $500,000 or more.  and See AMWS ARS § 23-362 (C ).   In addition, Plaintiff was hired as a 1099 independent contractor and frequently set her own hours of work sometimes not working for weeks at a time without any claim of being out sick.

84. Defendants deny the allegations in paragraph 84 of the Complaint that Defendants did not make a good faith effort to comply FLSA as Defendants are exempt from the Fair Labor Standards Act (FLSA 29 U.S. Code § 203 (S)1(A)ii.) and the Arizona Minimum Wage Statute (AMWS ARS § 23-362 (c) because they did not have

$500,000 in gross sales during 2023 and 2024.  See Exhibit 1 Tax Returns of the Defendants.  See FLSA - **Enterprise coverage** refers to those businesses with a gross annual dollar volume of sales made or business done of $500,000 or more.  and See AMWS ARS § 23-362 (C ).  In addition, Plaintiff was hired as a 1099 independent contractor and frequently set her own hours of work sometimes not working for weeks at a time without any claim of being out sick.

85. Defendants deny the allegations in paragraph 85 of the Complaint that Plaintiff is entitled to attorney fees as Defendants are exempt from the Fair Labor Standards Act (FLSA 29 U.S. Code § 203 (S)1(A)ii.) and the Arizona Minimum Wage Statute (AMWS ARS § 23-362 (c) because they did not have $500,000 in gross sales during 2023 and 2024.  See Exhibit 1 Tax Returns of the Defendants.  See FLSA - **Enterprise coverage** refers to those businesses with a gross annual dollar volume of sales made or business done of $500,000 or more.  and See AMWS ARS § 23-362 (C ). In addition, Plaintiff was hired as a 1099 independent contractor and frequently set her own hours of work sometimes not working for weeks at a time without any claim of being out sick.  Plaintiff should be ordered to pay all of Defendant's attorney fees for violating Rule 11 of the Arizona Rules of Civil Procedure.

86. Defendants deny the allegations in paragraph 86 of the Complaint as fully set forth previously.

87. Defendants deny the allegations in paragraph 87 of the Complaint that

-28-

Defendants did not comply with Arizona Minimum Wage Statute as Defendants are exempt from the Fair Labor Standards Act (FLSA 29 U.S. Code § 203 (S)1(A)ii.) and the Arizona Minimum Wage Statute (AMWS ARS § 23-362 (c) because they did not have $500,000 in gross sales during 2023 and 2024.   See Exhibit 1 Tax Returns of the Defendants.  See FLSA  - **Enterprise coverage** refers to those businesses with a gross annual dollar volume of sales made or business done of $500,000 or more.  and See AMWS ARS § 23-362 (C ).   In addition, Plaintiff was hired as a 1099 independent contractor and frequently set her own hours of work sometimes not working for weeks at a time without any claim of being out sick.

88. Defendants deny the allegations in paragraph 88 of the Complaint that Defendants intentionally refused to comply with Arizona Minimum Wage Statute as Defendants are exempt from the Fair Labor Standards Act (FLSA 29 U.S. Code § 203 (S)1(A)ii.) and the Arizona Minimum Wage Statute (AMWS ARS § 23-362 (c) because they did not have $500,000 in gross sales during 2023 and 2024.   See Exhibit 1 Tax Returns of the Defendants.  See FLSA  - **Enterprise coverage** refers to those businesses with a gross annual dollar volume of sales made or business done of $500,000 or more.  and See AMWS ARS § 23-362 (C ).   In addition, Plaintiff was hired as a 1099 independent contractor and frequently set her own hours of work sometimes not working for weeks at a time without any claim of being out sick.

89. Defendants deny the allegations in paragraph 89 of the Complaint that Defendants intentionally refused to comply with Arizona Minimum Wage Statute § 23-

364(g) as Defendants are exempt from the Fair Labor Standards Act (FLSA 29 U.S. Code § 203 (S)1(A)ii.) and the Arizona Minimum Wage Statute (AMWS ARS § 23-362 (c) because they did not have $500,000 in gross sales during 2023 and 2024.   See Exhibit 1 Tax Returns of the Defendants.  See FLSA  - **Enterprise coverage** refers to those businesses with a gross annual dollar volume of sales made or business done of $500,000 or more.  and See AMWS ARS § 23-362 (C ).   In addition, Plaintiff was hired as a 1099 independent contractor and frequently set her own hours of work sometimes not working for weeks at a time without any claim of being out sick.

90.  Defendants deny the allegations in paragraph 90 of the Complaint that Plaintiff  is entitled to attorney fees as Defendants are exempt from the Fair Labor Standards Act (FLSA 29 U.S. Code § 203 (S)1(A)ii.) and the Arizona Minimum Wage Statute (AMWS ARS § 23-362 (c) because they did not have $500,000 in gross sales during 2023 and 2024.   See Exhibit 1 Tax Returns of the Defendants.  See FLSA  - **Enterprise coverage** refers to those businesses with a gross annual dollar volume of sales made or business done of $500,000 or more.  and See AMWS ARS § 23-362 (C ). In addition, Plaintiff was hired as a 1099 independent contractor and frequently set her own hours of work sometimes not working for weeks at a time without any claim of being out sick.  Plaintiff should be ordered to pay all of Defendant's attorney fees for violating Rule 11 of the Arizona Rules of Civil Procedure.

91.  The Defendants hereby incorporate all other Rule 11 defenses and statute of limitations defenses  as if full set forth herein.

-30-

**WHEREFORE, DEFENDANT PRAYS FOR THE FOLLOWING RELIEF:**

1.  **The Court find that Defendants are exempt from** Fair Labor Standards Act (FLSA 29 U.S. Code § 203 (S)1(A)ii.) and the Arizona Minimum Wage Statute (AMWS ARS § 23-362 (c) because they did not have $500,000 in gross sales during 2023 and 2024.   See Exhibit 1 Tax Returns of the Defendants.

2.  **The Court dismiss Plaintiffs claims for failure to state a claim;**

3.  **Order that Plaintiff take nothing;**

4.  **Order Plaintiff to pay all of Defendants attorney fees.**

**RESPECTFULLY SUBMITTED THIS 11TH DAY OF MARCH, 2025**

 **/S/ DAVID ALAN DICK, ESQ**

DAVID ALAN DICK, ATTORNEY FOR DEFENDANTS

505 West Ray Road Suite 4,

Chandler, Az 85225

Certificate of Service

I certify that a true and correct  copy of the foregoing Answer and Attachments was efiled with the District Court on 3/11/2025 and were served on Plaintiff by on 3/11/2025 emailing a copy to her attorney Jason Barrat at jbarrat@weilerlaw.com.

 **/S/ DAVID ALAN DICK, ESQ**

DAVID ALAN DICK, ATTORNEY FOR DEFENDANTS

-31-

**VERIFICATION**

Defendant Sanjay Khatri declares under penalty of perjury that he has read the foregoing Verified Answer and is personally familiar with the contents thereof and states that the facts stated herein are true and correct based on his personal knowledge.

SANJAY KHATRI DEFENDANT

**VERIFICATION**

Defendant Sanjay Khatri declares under penalty of perjury that he has read the foregoing Verified Answer and is personally familiar with the contents thereof and states that the facts stated herein are true and correct based on his personal knowledge.

SANJAY KHATRI DEFENDANT MEMBER

**VERIFICATION**

Defendant Jyoti Khatri declares under penalty of perjury that she has read the foregoing Verified Answer and is personally familiar with the contents thereof and states that the facts stated herein are true and correct based on her personal knowledge.

JYOTI KHATRI DEFENDANT

| SCHEDULE C | Profit or Loss From Business | OMB No. 1545-0074 |
|---|---|---|
| (Form 1040) | (Sole Proprietorship) | **2020** |
| Department of the Treasury<br>Internal Revenue Service  (99) | ▶ Go to *www.irs.gov/ScheduleC* for instructions and the latest information.<br>▶ Attach to Form 1040, 1040-SR, 1040-NR, or 1041; partnerships generally must file Form 1065. | Attachment<br>Sequence No.  **09** |

| Name of proprietor | Social security number (SSN) |
|---|---|
| SANJAY    KHATRI | |

**A** Principal business or profession, including product or service (see instructions)
RETAIL STORE

**B** Enter code from instructions

**C** Business name. If no separate business name, leave blank.
KHATRI LLC

**D** Employer ID number (EIN) (see instr.)

**E** Business address (including suite or room no.) ▶ _3041 S SUNLAND DR_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
City, town or post office, state, and ZIP code   CHANDLER AZ 85248

**F** Accounting method:    **(1)** [X] Cash    **(2)** [ ] Accrual    **(3)** [ ] Other (specify) ▶ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

**G** Did you "materially participate" in the operation of this business during 2020? If "No," see instructions for limit on losses   .   [X] Yes   [ ] No

**H** If you started or acquired this business during 2020, check here  .  .  .  .  .  .  .  .  .  .  .  .  .  .  ▶ [ ]

**I** Did you make any payments in 2020 that would require you to file Form(s) 1099? See instructions  .  .  .  .  .  .  .  .  .  .  .   [ ] Yes   [X] No

**J** If "Yes," did you or will you file required Forms 1099? .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .   [ ] Yes   [ ] No

### Part I   Income

| | | | |
|---|---|---|---:|
| **1** | Gross receipts or sales. See instructions for line 1 and check the box if this income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked  .  .  .  .  .  .  .  .  .  .  .  .  .  . ▶ [ ] | **1** | 429,747 |
| **2** | Returns and allowances .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  . | **2** | |
| **3** | Subtract line 2 from line 1 .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  . | **3** | 429,747 |
| **4** | Cost of goods sold (from line 42)  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  . | **4** | 282,108 |
| **5** | **Gross profit.** Subtract line 4 from line 3 .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  . | **5** | 147,639 |
| **6** | Other income, including federal and state gasoline or fuel tax credit or refund (see instructions)  .  .  .  .  .  . | **6** | 0 |
| **7** | **Gross income.** Add lines 5 and 6  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  . ▶ | **7** | 147,639 |

### Part II   Expenses. Enter expenses for business use of your home **only** on line 30.

| | | | | | | | |
|---|---|---|---:|---|---|---|---:|
| **8** | Advertising  .  .  .  .  .  .  . | **8** | 1,000 | **18** | Office expense (see instructions) | **18** | |
| **9** | Car and truck expenses (see instructions)  .  .  .  .  .  .  . | **9** | 4,446 | **19** | Pension and profit-sharing plans  . | **19** | |
| | | | | **20** | Rent or lease (see instructions): | | |
| **10** | Commissions and fees  .  . | **10** | | **a** | Vehicles, machinery, and equipment | **20a** | 83,515 |
| **11** | Contract labor (see instructions) | **11** | | **b** | Other business property  .  .  .  .  . | **20b** | |
| **12** | Depletion  .  .  .  .  .  .  .  . | **12** | | **21** | Repairs and maintenance  .  .  .  . | **21** | 4,545 |
| **13** | Depreciation and section 179 expense deduction (not included in Part III) (see instructions)  .  .  .  .  .  .  . | **13** | 9,216 | **22** | Supplies (not included in Part III)  . | **22** | 100 |
| | | | | **23** | Taxes and licenses  .  .  .  .  .  .  . | **23** | 1,007 |
| | | | | **24** | Travel and meals: | | |
| **14** | Employee benefit programs (other than on line 19)  .  .  . | **14** | | **a** | Travel .  .  .  .  .  .  .  .  .  .  .  . | **24a** | 0 |
| **15** | Insurance (other than health) | **15** | 1,913 | **b** | Deductible meals (see instructions)  .  .  .  .  .  .  .  .  . | **24b** | 0 |
| **16** | Interest (see instructions): | | | **25** | Utilities  .  .  .  .  .  .  .  .  .  .  . | **25** | 17,848 |
| **a** | Mortgage (paid to banks, etc.) | **16a** | | **26** | Wages (less employment credits)  . | **26** | |
| **b** | Other  .  .  .  .  .  .  .  .  .  . | **16b** | | **27a** | Other expenses (from line 48)  .  . | **27a** | 15,783 |
| **17** | Legal and professional services  . | **17** | | **b** | Reserved for future use  .  .  .  . | **27b** | |

| | | | |
|---|---|---|---:|
| **28** | **Total expenses** before expenses for business use of home. Add lines 8 through 27a  .  .  .  .  .  .  .  .  . ▶ | **28** | 139,373 |
| **29** | Tentative profit or (loss). Subtract line 28 from line 7  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  . | **29** | 8,266 |
| **30** | Expenses for business use of your home. Do not report these expenses elsewhere. Attach Form 8829 unless using the simplified method. See instructions.<br>**Simplified method filers only:** Enter the total square footage of: (a) your home: _____2,704_____<br>and (b) the part of your home used for business: _____300_____ . Use the Simplified Method Worksheet in the instructions to figure the amount to enter on line 30 .  .  .  .  .  .  .  .  .  .  .  .  . | **30** | 1,500 |
| **31** | **Net profit or (loss).** Subtract line 30 from line 29.<br>• If a profit, enter on both **Schedule 1 (Form 1040), line 3**, and on **Schedule SE, line 2.**<br>(If you checked the box on line 1, see instructions). Estates and trusts, enter on **Form 1041, line 3.**<br>• If a loss, you **must** go to line 32. | **31** | 6,766 |
| **32** | If you have a loss, check the box that describes your investment in this activity. See instructions.<br>• If you checked 32a, enter the loss on both **Schedule 1 (Form 1040), line 3**, and on **Schedule SE, line 2.** (If you checked the box on line 1, see the line 31 instructions). Estates and trusts, enter on **Form 1041, line 3.**<br>• If you checked 32b, you **must** attach **Form 6198.** Your loss may be limited. | **32a** [X] All investment is at risk.<br>**32b** [ ] Some investment is not at risk. | |

**KIA**      **For Paperwork Reduction Act Notice, see the separate instructions.**        **EXHIBIT**  Schedule C (Form 1040) 2020



One

Schedule C (Form 1040) 2020        SANJAY        KHATRI                                                    ᴊe **2**

| **Part III** | **Cost of Goods Sold** (see instructions) |

| 33 | Method(s) used to value closing inventory: | a [X] Cost | b [ ] Lower of cost or market | c [ ] Other (attach explanation) |

34   Was there any change in determining quantities, costs, or valuations between opening and closing inventory?
If "Yes," attach explanation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . [ ] Yes   [X] No

| | | | |
|---|---|---|---|
| 35 | Inventory at beginning of year. If different from last year's closing inventory, attach explanation . . . . . | 35 | 97,250 |
| 36 | Purchases less cost of items withdrawn for personal use . . . . . . . . . . . . . . . . . . | 36 | 270,116 |
| 37 | Cost of labor. Do not include any amounts paid to yourself . . . . . . . . . . . . . . . . . | 37 | |
| 38 | Materials and supplies . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 38 | |
| 39 | Other costs . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 39 | |
| 40 | Add lines 35 through 39 . . . . . . . . . . . . . . . . . . . . . . . . . . . | 40 | 367,366 |
| 41 | Inventory at end of year . . . . . . . . . . . . . . . . . . . . . . . . . . | 41 | 85,258 |
| 42 | **Cost of goods sold.** Subtract line 41 from line 40. Enter the result here and on line 4 . . . . . . . . | 42 | 282,108 |

| **Part IV** | **Information on Your Vehicle.** Complete this part **only** if you are claiming car or truck expenses on line 9 and are not required to file Form 4562 for this business. See the instructions for line 13 to find out if you must file Form 4562. |

43   When did you place your vehicle in service for business purposes? (month/day/year)  ▶ __09/01/15__

44   Of the total number of miles you drove your vehicle during 2020, enter the number of miles you used your vehicle for:

a  Business _____7,732_____   b  Commuting (see instructions) _____2,090_____   c  Other _____0____

45   Was your vehicle available for personal use during off-duty hours? . . . . . . . . . . . . . . . . . . . . . . [X] Yes   [ ] No

46   Do you (or your spouse) have another vehicle available for personal use? . . . . . . . . . . . . . . . . . . [X] Yes   [ ] No

47a  Do you have evidence to support your deduction? . . . . . . . . . . . . . . . . . . . . . . . . . . . . [X] Yes   [ ] No

 b  If "Yes," is the evidence written? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . [X] Yes   [ ] No

| **Part V** | **Other Expenses.** List below business expenses not included on lines 8–26 or line 30. |

| | |
|---|---|
| INTERNET TELPEHONE | 3,282 |
| CREDIT CARD PROCESSING FE | 12,501 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

| 48 | Total other expenses. Enter here and on line 27a . . . . . . . . . . . . . . . . . . . . . . | 48 | 15,783 |

KIA

Schedule C (Form 1040) 2020

# SCHEDULE C
**(Form 1040)**

Department of the Treasury
Internal Revenue Service (99)

## Profit or Loss From Business
(Sole Proprietorship)

▶ Go to *www.irs.gov/ScheduleC* for instructions and the latest information.
▶ **Attach to Form 1040, 1040-SR, 1040-NR, or 1041; partnerships must generally file Form 1065.**

OMB No. 1545-0074

**2021**

Attachment
Sequence No. **09**

| ame of proprietor | Social security number (SSN) |
|---|---|
| SANJAY        KHATRI | |

**A** Principal business or profession, including product or service (see instructions)
RETAIL STORE

**B** Enter code from instructions

**C** Business name. If no separate business name, leave blank.
KHATRI LLC

**D** Employer ID number (EIN) (see instr.)

**E** Business address (including suite or room no.) ▶ 3041 S SUNLAND DR
City, town or post office, state, and ZIP code   CHANDLER AZ 85248

**F** Accounting method:     (1) [X] Cash     (2) [ ] Accrual     (3) [ ] Other (specify) ▶

**G** Did you "materially participate" in the operation of this business during 2021? If "No," see instructions for limit on losses   [X] Yes  [ ] No

**H** If you started or acquired this business during 2021, check here . . . . . . . . . . . . . . . . . . ▶ [ ]

**I** Did you make any payments in 2021 that would require you to file Form(s) 1099? See instructions . . . . . . . . . . . [ ] Yes  [X] No

**J** If "Yes," did you or will you file required Form(s) 1099? . . . . . . . . . . . . . . . . . . . . . . [ ] Yes  [ ] No

## Part I   Income

| | | | |
|---|---|---|---:|
| 1 | Gross receipts or sales. See instructions for line 1 and check the box if this income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked . . . . . . . . . . ▶ [ ] | 1 | 452,323 |
| 2 | Returns and allowances . . . . . . . . . . . . . . . . . . . . . . . . . . | 2 | |
| 3 | Subtract line 2 from line 1 . . . . . . . . . . . . . . . . . . . . . . . | 3 | 452,323 |
| 4 | Cost of goods sold (from line 42) . . . . . . . . . . . . . . . . . . . | 4 | 276,302 |
| 5 | **Gross profit.** Subtract line 4 from line 3 . . . . . . . . . . . . . . . . . | 5 | 176,021 |
| 6 | Other income, including federal and state gasoline or fuel tax credit or refund (see instructions) . . . . . . | 6 | 0 |
| 7 | **Gross income.** Add lines 5 and 6 . . . . . . . . . . . . . . . . . . . . ▶ | 7 | 176,021 |

## Part II   Expenses. Enter expenses for business use of your home **only** on line 30.

| | | | | | | | |
|---|---|---:|---|---|---|---|---:|
| 8 | Advertising . . . . . . . | 8 | 250 | 18 | Office expense (see instructions) | 18 | 255 |
| 9 | Car and truck expenses (see instructions) . . . . . . . | 9 | 3,705 | 19 | Pension and profit-sharing plans . | 19 | |
| | | | | 20 | Rent or lease (see instructions): | | |
| 10 | Commissions and fees . . | 10 | | a | Vehicles, machinery, and equipment | 20a | 88,001 |
| 11 | Contract labor (see instructions) | 11 | 35,000 | b | Other business property . . . . . | 20b | |
| 12 | Depletion . . . . . . . . . | 12 | | 21 | Repairs and maintenance . . . . | 21 | 5,285 |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see instructions) . . . . . . . . | 13 | 0 | 22 | Supplies (not included in Part III) . | 22 | |
| | | | | 23 | Taxes and licenses . . . . . . . | 23 | 1,167 |
| | | | | 24 | Travel and meals: | | |
| 14 | Employee benefit programs (other than on line 19) . . . | 14 | | a | Travel . . . . . . . . . . . . . | 24a | 0 |
| 15 | Insurance (other than health) | 15 | 1,994 | b | Deductible meals (see instructions) . . . . . . . . . . | 24b | 650 |
| 16 | Interest (see instructions): | | | 25 | Utilities . . . . . . . . . . . . | 25 | 17,577 |
| a | Mortgage (paid to banks, etc.) | 16a | | 26 | Wages (less employment credits) | 26 | |
| b | Other . . . . . . . . . . | 16b | | 27a | Other expenses (from line 48) . . | 27a | 13,322 |
| 17 | Legal and professional services . | 17 | 250 | b | **Reserved for future use** . . . . | 27b | |

| | | | |
|---|---|---|---:|
| 28 | **Total expenses** before expenses for business use of home. Add lines 8 through 27a . . . . . . . . . . ▶ | 28 | 167,456 |
| 29 | Tentative profit or (loss). Subtract line 28 from line 7 . . . . . . . . . . . . . . . . . . . . | 29 | 8,565 |
| 30 | Expenses for business use of your home. Do not report these expenses elsewhere. Attach Form 8829 unless using the simplified method. See instructions. **Simplified method filers only:** Enter the total square footage of: (a) your home: ___2,700___ and (b) the part of your home used for business: ___300___. Use the Simplified Method Worksheet in the instructions to figure the amount to enter on line 30 . . . . . . . . . . . . . . . | 30 | 1,500 |
| 31 | Net profit or (loss). Subtract line 30 from line 29. | | |
| | • If a profit, enter on both **Schedule 1 (Form 1040), line 3**, and on **Schedule SE, line 2**. (If you checked the box on line 1, see instructions). Estates and trusts, enter on **Form 1041, line 3**. • If a loss, you **must** go to line 32. | 31 | 7,065 |
| 32 | If you have a loss, check the box that describes your investment in this activity. See instructions. | | |

• If you checked 32a, enter the loss on both **Schedule 1 (Form 1040), line 3**, and on **Schedule SE, line 2**. (If you checked the box on line 1, see the line 31 instructions.) Estates and trusts, enter on **Form 1041, line 3**.

• If you checked 32b, you **must** attach **Form 6198**. Your loss may be limited.

**32a** [X] All investment is at risk.
**32b** [ ] Some investment is not at risk.

**KIA**     For Paperwork Reduction Act Notice, see the separate instructions.

Schedule C (Form 1040) 2021

Schedule C (Form 1040) 2021    SANJAY    KHATRI    ,e **2**

## Part III    Cost of Goods Sold  (see instructions)

**33**  Method(s) used to value closing inventory:    a [X] Cost    b [ ] Lower of cost or market    c [ ] Other (attach explanation)

**34**  Was there any change in determining quantities, costs, or valuations between opening and closing inventory? If "Yes," attach explanation . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    [ ] Yes    [X] No

| | | |
|---|---|---:|
| **35** Inventory at beginning of year. If different from last year's closing inventory, attach explanation . . . . . | **35** | 85,258 |
| **36** Purchases less cost of items withdrawn for personal use  . . . . . . . . . . . . . . . . . . . . | **36** | 259,909 |
| **37** Cost of labor. Do not include any amounts paid to yourself . . . . . . . . . . . . . . . . . . | **37** | |
| **38** Materials and supplies . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **38** | |
| **39** Other costs . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **39** | |
| **40** Add lines 35 through 39 . . . . . . . . . . . . . . . . . . . . . . . . . . . | **40** | 345,167 |
| **41** Inventory at end of year . . . . . . . . . . . . . . . . . . . . . . . . . . . | **41** | 68,865 |
| **42** **Cost of goods sold.** Subtract line 41 from line 40. Enter the result here and on line 4 . . . . . . . . . | **42** | 276,302 |

## Part IV    Information on Your Vehicle. Complete this part **only** if you are claiming car or truck expenses on line 9 and are not required to file Form 4562 for this business. See the instructions for line 13 to find out if you must file Form 4562.

**43**  When did you place your vehicle in service for business purposes? (month/day/year)  ▶  09/01/15

**44**  Of the total number of miles you drove your vehicle during 2021, enter the number of miles you used your vehicle for:

a  Business _____ 6,325 _____    b  Commuting (see instructions) _____ 3,000 _____    c  Other _____ 1,900 _____

**45**  Was your vehicle available for personal use during off-duty hours? . . . . . . . . . . . . . . . . . .    [X] Yes    [ ] No

**46**  Do you (or your spouse) have another vehicle available for personal use?  . . . . . . . . . . . . . . .    [X] Yes    [ ] No

**47a**  Do you have evidence to support your deduction?  . . . . . . . . . . . . . . . . . . . . . .    [X] Yes    [ ] No

**b**  If "Yes," is the evidence written? . . . . . . . . . . . . . . . . . . . . . . . . . . .    [X] Yes    [ ] No

## Part V    Other Expenses.  List below business expenses not included on lines 8–26 or line 30.

| | |
|---|---:|
| INTERNET TELPEHONE | 3,089 |
| Printing | 33 |
| CREDIT CARD PROCESSING FE | 10,200 |
| | |
| | |
| | |
| | |
| | |
| | |
| **48** **Total other expenses.** Enter here and on line 27a . . . . . . . . . . . . . . . . . . . . . . .    **48** | 13,322 |

KIA    Schedule C (Form 1040) 2021

| SCHEDULE C (Form 1040) | Profit or Loss From Business (Sole Proprietorship) | OMB No. 1545-0074 |
|---|---|---|
| Department of the Treasury Internal Revenue Service | Go to *www.irs.gov/ScheduleC* for instructions and the latest information. Attach to Form 1040, 1040-SR, 1040-NR, or 1041; partnerships must generally file Form 1065. | **2022** Attachment Sequence No. 09 |

| Name of proprietor | Social security number (SSN) |
|---|---|
| SANJAY   KHATRI | |

**A** Principal business or profession, including product or service (see instructions)
RETAIL STORE

**B** Enter code from instructions

**C** Business name. If no separate business name, leave blank.
KHATRI LLC

**D** Employer ID number (EIN) (see instr.)

**E** Business address (including suite or room no.)   3041 S SUNLAND DR
City, town or post office, state, and ZIP code   CHANDLER AZ 85248

**F** Accounting method:   (1) [X] Cash   (2) [ ] Accrual   (3) [ ] Other (specify) _____

**G** Did you "materially participate" in the operation of this business during 2022? If "No," see instructions for limit on losses   [X] Yes  [ ] No

**H** If you started or acquired this business during 2022, check here   [ ]

**I** Did you make any payments in 2022 that would require you to file Form(s) 1099? See instructions   [ ] Yes  [X] No

**J** If "Yes," did you or will you file required Form(s) 1099?   [ ] Yes  [ ] No

## Part I  Income

| | | | |
|---|---|---|---|
| 1 | Gross receipts or sales. See instructions for line 1 and check the box if this income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked   [ ] | 1 | 458,308 |
| 2 | Returns and allowances | 2 | |
| 3 | Subtract line 2 from line 1 | 3 | 458,308 |
| 4 | Cost of goods sold (from line 42) | 4 | 255,691 |
| 5 | **Gross profit.** Subtract line 4 from line 3 | 5 | 202,617 |
| 6 | Other income, including federal and state gasoline or fuel tax credit or refund (see instructions) | 6 | 0 |
| 7 | **Gross income.** Add lines 5 and 6 | 7 | 202,617 |

## Part II  Expenses. Enter expenses for business use of your home **only** on line 30.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 8 | Advertising | 8 | | 18 | Office expense (see instructions) | 18 | |
| 9 | Car and truck expenses (see instructions) | 9 | 5,253 | 19 | Pension and profit-sharing plans | 19 | |
| 10 | Commissions and fees | 10 | | 20 | Rent or lease (see instructions): | | |
| 11 | Contract labor (see instructions) | 11 | 35,000 | a | Vehicles, machinery, and equipment | 20a | 0 |
| 12 | Depletion | 12 | | b | Other business property | 20b | 92,301 |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see instructions) | 13 | 0 | 21 | Repairs and maintenance | 21 | 6,827 |
| | | | | 22 | Supplies (not included in Part III) | 22 | |
| | | | | 23 | Taxes and licenses | 23 | 1,375 |
| 14 | Employee benefit programs (other than on line 19) | 14 | | 24 | Travel and meals: | | |
| | | | | a | Travel | 24a | 0 |
| 15 | Insurance (other than health) | 15 | 2,077 | b | Deductible meals (see instructions) | 24b | 0 |
| 16 | Interest (see instructions): | | | 25 | Utilities | 25 | 17,853 |
| a | Mortgage (paid to banks, etc.) | 16a | | 26 | Wages (less employment credits) | 26 | |
| b | Other | 16b | | 27a | Other expenses (from line 48) | 27a | 12,972 |
| 17 | Legal and professional services | 17 | 400 | b | Reserved for future use | 27b | |

| | | | |
|---|---|---|---|
| 28 | **Total expenses** before expenses for business use of home. Add lines 8 through 27a | 28 | 174,058 |
| 29 | Tentative profit or (loss). Subtract line 28 from line 7 | 29 | 28,559 |
| 30 | Expenses for business use of your home. Do not report these expenses elsewhere. Attach Form 8829 unless using the simplified method. See instructions. **Simplified method filers only:** Enter the total square footage of: (a) your home: 2,800 and (b) the part of your home used for business: 300. Use the Simplified Method Worksheet in the instructions to figure the amount to enter on line 30 | 30 | 1,500 |
| 31 | **Net profit or (loss).** Subtract line 30 from line 29. | 31 | 27,059 |

31 • If a profit, enter on both **Schedule 1 (Form 1040), line 3,** and on **Schedule SE, line 2.**
(If you checked the box on line 1, see instructions.) Estates and trusts, enter on **Form 1041, line 3.**
• If a loss, you **must** go to line 32.

32 If you have a loss, check the box that describes your investment in this activity. See instructions.
• If you checked 32a, enter the loss on both **Schedule 1 (Form 1040), line 3,** and on **Schedule SE, line 2.** (If you checked the box on line 1, see the line 31 instructions.) Estates and trusts, enter on **Form 1041, line 3.**
• If you checked 32b, you **must** attach **Form 6198.** Your loss may be limited.

32a [X] All investment is at risk.
32b [ ] Some investment is not at risk.

KIA    For Paperwork Reduction Act Notice, see the separate instructions.

EXHIBIT



Four

Schedule C (Form 1040) 2022

Schedule C (Form 1040) 2022    SANJAY        KHATRI                                                          age 2

## Part III    Cost of Goods Sold  (see instructions)

33  Method(s) used to value closing inventory:   a  [X] Cost     b  [ ] Lower of cost or market     c  [ ] Other (attach explanation)

34  Was there any change in determining quantities, costs, or valuations between opening and closing inventory?
    If "Yes," attach explanation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   [ ] Yes    [X] No

| | | |
|---|---|---:|
| 35 | Inventory at beginning of year. If different from last year's closing inventory, attach explanation . . . . . **35** | 68,865 |
| 36 | Purchases less cost of items withdrawn for personal use  . . . . . . . . . . . . . . . . . **36** | 256,971 |
| 37 | Cost of labor. Do not include any amounts paid to yourself . . . . . . . . . . . . . . . . **37** | |
| 38 | Materials and supplies . . . . . . . . . . . . . . . . . . . . . . . . **38** | |
| 39 | Other costs . . . . . . . . . . . . . . . . . . . . . . . . . . . **39** | |
| 40 | Add lines 35 through 39 . . . . . . . . . . . . . . . . . . . . . . . **40** | 325,836 |
| 41 | Inventory at end of year . . . . . . . . . . . . . . . . . . . . . . **41** | 70,145 |
| 42 | **Cost of goods sold.** Subtract line 41 from line 40. Enter the result here and on line 4 . . . . . . . . . **42** | 255,691 |

## Part IV    Information on Your Vehicle. Complete this part **only** if you are claiming car or truck expenses on line 9 and are not required to file Form 4562 for this business. See the instructions for line 13 to find out if you must file Form 4562.

43  When did you place your vehicle in service for business purposes? (month/day/year)  _  09/01/15 _

44  Of the total number of miles you drove your vehicle during 2022, enter the number of miles you used your vehicle for:

  a  Business  _  8,380  _     b  Commuting (see instructions)  _  0 _     c  Other  _  1,445  _

45  Was your vehicle available for personal use during off-duty hours? . . . . . . . . . . . . . . . . . . . .   [X] Yes    [ ] No

46  Do you (or your spouse) have another vehicle available for personal use?  . . . . . . . . . . . . . . . .   [ ] Yes    [X] No

47a  Do you have evidence to support your deduction?  . . . . . . . . . . . . . . . . . . . . . . . . . . .   [X] Yes    [ ] No

  b  If "Yes," is the evidence written? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   [X] Yes    [ ] No

## Part V    Other Expenses.  List below business expenses not included on lines 8–26 or line 30.

| | |
|---|---:|
| INTERNET TELPEHONE | 2,121 |
| Printing | 10 |
| CREDIT CARD PROCESSING FE | 10,841 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| **48** Total other expenses. Enter here and on line 27a . . . . . . . . . . . . . . . . . . . . . . . . . . . **48** | 12,972 |

KIA                                                                 Schedule C (Form 1040) 2022

# SCHEDULE C
(Form 1040)

Department of the Treasury
Internal Revenue Service

## Profit or Loss From Business
(Sole Proprietorship)

Attach to Form 1040, 1040-SR, 1040-SS, 1040-NR, or 1041; partnerships must generally file Form 1065.

Go to *www.irs.gov/ScheduleC* for instructions and the latest information.

OMB No. 1545-0074

**2023**

Attachment
Sequence No. 09

| Name of proprietor | Social security number (SSN) |
|---|---|
| SANJAY    KHATRI | |

**A** Principal business or profession, including product or service (see instructions)
RETAIL STORE

**B** Enter code from instructions

**C** Business name. If no separate business name, leave blank.
KHATRI LLC

**D** Employer ID number (EIN) (see instr.)

**E** Business address (including suite or room no.)  3041 S SUNLAND DR
City, town or post office, state, and ZIP code  CHANDLER AZ 85248

**F** Accounting method:  (1) [X] Cash  (2) ☐ Accrual  (3) ☐ Other (specify) _____

**G** Did you "materially participate" in the operation of this business during 2023? If "No," see instructions for limit on losses . [X] Yes ☐ No

**H** If you started or acquired this business during 2023, check here . . . . . . . . . . . . . . .

**I** Did you make any payments in 2023 that would require you to file Form(s) 1099? See instructions . . . . . . . . . . . ☐ Yes [X] No

**J** If "Yes," did you or will you file required Form(s) 1099? . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes ☐ No

## Part I  Income

| | | | |
|---|---|---|---|
| 1 | Gross receipts or sales. See instructions for line 1 and check the box if this income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked . . . . . . . . . . . . . . ☐ | 1 | 474,490 |
| 2 | Returns and allowances . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 2 | |
| 3 | Subtract line 2 from line 1 . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 3 | 474,490 |
| 4 | Cost of goods sold (from line 42) . . . . . . . . . . . . . . . . . . . . . . . . . | 4 | 269,778 |
| 5 | **Gross profit.** Subtract line 4 from line 3 . . . . . . . . . . . . . . . . . . . . . | 5 | 204,712 |
| 6 | Other income, including federal and state gasoline or fuel tax credit or refund (see instructions) . . . . . . | 6 | 0 |
| 7 | **Gross income.** Add lines 5 and 6 . . . . . . . . . . . . . . . . . . . . . . . . . | 7 | 204,712 |

## Part II  Expenses. Enter expenses for business use of your home **only** on line 30.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 8 | Advertising . . . . . . . . | 8 | | 18 | Office expense (see instructions) | 18 | |
| 9 | Car and truck expenses (see instructions) . . . . . . . . | 9 | 5,407 | 19 | Pension and profit-sharing plans . | 19 | |
| | | | | 20 | Rent or lease (see instructions): | | |
| 10 | Commissions and fees . . | 10 | | a | Vehicles, machinery, and equipment | 20a | 87,209 |
| 11 | Contract labor (see instructions) | 11 | 35,000 | b | Other business property . . . . . | 20b | |
| 12 | Depletion . . . . . . . . . | 12 | | 21 | Repairs and maintenance . . . . | 21 | 3,274 |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see instructions) . . . . . . . . | 13 | 0 | 22 | Supplies (not included in Part III) . | 22 | 200 |
| | | | | 23 | Taxes and licenses . . . . . . . | 23 | 875 |
| | | | | 24 | Travel and meals: | | |
| 14 | Employee benefit programs (other than on line 19) . . . | 14 | | a | Travel . . . . . . . . . . . . . . | 24a | 0 |
| | | | | b | Deductible meals (see instructions) | 24b | 0 |
| 15 | Insurance (other than health) | 15 | 2,254 | 25 | Utilities . . . . . . . . . . . . . | 25 | 17,751 |
| 16 | Interest (see instructions): | | | 26 | Wages (less employment credits) | 26 | |
| a | Mortgage (paid to banks, etc.) | 16a | | 27a | Other expenses (from line 48) . . | 27a | 16,129 |
| b | Other . . . . . . . . . . . | 16b | | b | Energy efficient commercial bldgs deduction (attach Form 7205) . . | 27b | |
| 17 | Legal and professional services . | 17 | 500 | | | | |

| | | | |
|---|---|---|---|
| 28 | **Total expenses** before expenses for business use of home. Add lines 8 through 27b . . . . . . . . . . | 28 | 168,599 |
| 29 | Tentative profit or (loss). Subtract line 28 from line 7 . . . . . . . . . . . . . . . . . . . . . | 29 | 36,113 |
| 30 | Expenses for business use of your home. Do not report these expenses elsewhere. Attach Form 8829 unless using the simplified method. See instructions. **Simplified method filers only:** Enter the total square footage of (a) your home: 2,750 and (b) the part of your home used for business: 300 . Use the Simplified Method Worksheet in the instructions to figure the amount to enter on line 30 . . . . . . . . . . . . . . . . | 30 | 1,500 |
| 31 | **Net profit or (loss).** Subtract line 30 from line 29. • If a profit, enter on both **Schedule 1 (Form 1040), line 3,** and on **Schedule SE, line 2.** (If you checked the box on line 1, see instructions.) Estates and trusts, enter on **Form 1041, line 3.** • If a loss, you **must** go to line 32. | 31 | 34,613 |
| 32 | If you have a loss, check the box that describes your investment in this activity. See instructions. • If you checked 32a, enter the loss on both **Schedule 1 (Form 1040), line 3,** and on **Schedule SE, line 2.** (If you checked the box on line 1, see the line 31 instructions.) Estates and trusts, enter on **Form 1041, line 3.** • If you checked 32b, you **must** attach **Form 6198.** Your loss may be limited. | 32a [X] All investment is at risk. 32b ☐ Some investment is not at risk. | |

KIA    **For Paperwork Reduction Act Notice, see the separate instructions.**    Schedule C (Form 1040) 2023

Schedule C (Form 1040) 2023        SANJAY         KHATRI                                          Page **2**

## Part III    Cost of Goods Sold (see instructions)

33  Method(s) used to
    value closing inventory:     **a** [X] Cost      **b** [ ] Lower of cost or market     **c** [ ] Other (attach explanation)

34  Was there any change in determining quantities, costs, or valuations between opening and closing inventory?
    If "Yes," attach explanation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . [ ] Yes    [X] No

| | | |
|---|---|---:|
| 35 | Inventory at beginning of year. If different from last year's closing inventory, attach explanation . . . . . | 35 | 70,145 |
| 36 | Purchases less cost of items withdrawn for personal use . . . . . . . . . . . | 36 | 270,918 |
| 37 | Cost of labor. Do not include any amounts paid to yourself . . . . . . . . . . . . . . . . | 37 | |
| 38 | Materials and supplies . . . . . . . . . . . . . . . . . . . . . . . . . . | 38 | |
| 39 | Other costs . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 39 | |
| 40 | Add lines 35 through 39 . . . . . . . . . . . . . . . . . . . . . . . | 40 | 341,063 |
| 41 | Inventory at end of year . . . . . . . . . . . . . . . . . . . . . . | 41 | 71,285 |
| 42 | **Cost of goods sold.** Subtract line 41 from line 40. Enter the result here and on line 4 . . . . . . . . . | 42 | 269,778 |

## Part IV    Information on Your Vehicle. Complete this part **only** if you are claiming car or truck expenses on line 9 and are not required to file Form 4562 for this business. See the instructions for line 13 to find out if you must file Form 4562.

43  When did you place your vehicle in service for business purposes? (month/day/year)        09/01/15

44  Of the total number of miles you drove your vehicle during 2023, enter the number of miles you used your vehicle for:

 **a** Business ____ 7,923 ____    **b** Commuting (see instructions) ____ 0 ____    **c** Other ____ 302 ____

45  Was your vehicle available for personal use during off-duty hours? . . . . . . . . . . . . . . . . . . [X] Yes    [ ] No

46  Do you (or your spouse) have another vehicle available for personal use? . . . . . . . . . . . . . . . [X] Yes    [ ] No

47a Do you have evidence to support your deduction? . . . . . . . . . . . . . . . . . . . . . . . [X] Yes    [ ] No

 **b** If "Yes," is the evidence written? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . [X] Yes    [ ] No

## Part V    Other Expenses. List below business expenses not included on lines 8–26, line 27b, or line 30.

| | |
|---|---:|
| INTERNET TELPEHONE | 2,450 |
| Printing | 1 |
| CREDIT CARD PROCESSING FE | 13,178 |
| THEFT OF CASH ARMED | 500 |
| | |
| | |
| | |
| | |

| | | |
|---|---|---:|
| 48 | Total other expenses. Enter here and on line 27a . . . . . . . . . . . . . . . . . . . . . . | 48 | 16,129 |

KIA                                                                    Schedule C (Form 1040) 2023

# SCHEDULE C
## (Form 1040)

Department of the Treasury
Internal Revenue Service

# Profit or Loss From Business
### (Sole Proprietorship)

Attach to Form 1040, 1040-SR, 1040-SS, 1040-NR, or 1041; partnerships must generally file Form 1065.

Go to *www.irs.gov/ScheduleC* for instructions and the latest information.

OMB No. 1545-0074

**2024**

Attachment
Sequence No. 09

| Name of proprietor | Social security number (SSN) |
|---|---|
| SANJAY KHATRI | |

| | | |
|---|---|---|
| A | Principal business or profession, including product or service (see instructions)<br>RETAIL STORE | **B** Enter code from instructions |
| C | Business name. If no separate business name, leave blank.<br>KHATRI LLC | **D** Employer ID number (EIN) (see instr.) |
| E | Business address (including suite or room no.)  3041 S SUNLAND DR<br>City, town or post office, state, and ZIP code  CHANDLER AZ 85248 | |

F  Accounting method:  (1) [X] Cash  (2) [ ] Accrual  (3) [ ] Other (specify) _____

G  Did you "materially participate" in the operation of this business during 2024? If "No," see instructions for limit on losses   [X] Yes   [ ] No

H  If you started or acquired this business during 2024, check here . . . . . . . . . . . . [ ]

I  Did you make any payments in 2024 that would require you to file Form(s) 1099? See instructions . . . . . . . . . . .   [ ] Yes   [X] No

J  If "Yes," did you or will you file required Form(s) 1099? . . . . . . . . . . . . . . . . . . . .   [ ] Yes   [ ] No

## Part I  Income

| | | | |
|---|---|---|---|
| 1 | Gross receipts or sales. See instructions for line 1 and check the box if this income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked . . . . . . . . . . . . . [ ] | 1 | 442,157 |
| 2 | Returns and allowances . . . . . . . . . . . . . . . . . . . . . . . . . | 2 | |
| 3 | Subtract line 2 from line 1 . . . . . . . . . . . . . . . . . . . . . . . | 3 | 442,157 |
| 4 | Cost of goods sold (from line 42) . . . . . . . . . . . . . . . . . . . . | 4 | 224,692 |
| 5 | **Gross profit.** Subtract line 4 from line 3 . . . . . . . . . . . . . . . . . | 5 | 217,465 |
| 6 | Other income, including federal and state gasoline or fuel tax credit or refund (see instructions) . . . . . . | 6 | 2,220 |
| 7 | **Gross income.** Add lines 5 and 6 . . . . . . . . . . . . . . . . . . . . | 7 | 219,685 |

## Part II  Expenses. Enter expenses for business use of your home **only** on line 30.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 8 | Advertising . . . . . . . . | 8 | | 18 | Office expense (see instructions) . | 18 | |
| 9 | Car and truck expenses (see instructions) . . . . . . . . | 9 | 6,175 | 19 | Pension and profit-sharing plans . | 19 | |
| | | | | 20 | Rent or lease (see instructions): | | |
| 10 | Commissions and fees . . | 10 | | a | Vehicles, machinery, and equipment | 20a | 89,847 |
| 11 | Contract labor (see instructions) | 11 | 59,487 | b | Other business property . . . . . | 20b | |
| 12 | Depletion . . . . . . . . | 12 | | 21 | Repairs and maintenance . . . . | 21 | 7,725 |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see instructions) . . . . . . . . | 13 | 0 | 22 | Supplies (not included in Part III) . | 22 | |
| | | | | 23 | Taxes and licenses . . . . . . . | 23 | 1,467 |
| | | | | 24 | Travel and meals: | | |
| 14 | Employee benefit programs (other than on line 19) . . . | 14 | | a | Travel . . . . . . . . . . . . . . | 24a | 9,825 |
| 15 | Insurance (other than health) | 15 | 2,430 | b | Deductible meals (see instructions) | 24b | 0 |
| 16 | Interest (see instructions): | | | 25 | Utilities . . . . . . . . . . . . | 25 | 20,272 |
| a | Mortgage (paid to banks, etc.) | 16a | | 26 | Wages (less employment credits) | 26 | |
| b | Other . . . . . . . . . . . | 16b | | 27a | Other expenses (from line 48) . . | 27a | 14,428 |
| 17 | Legal and professional services . | 17 | 250 | b | Energy efficient commercial bldgs deduction (attach Form 7205) . . | 27b | |

| | | | |
|---|---|---|---|
| 28 | **Total expenses** before expenses for business use of home. Add lines 8 through 27b . . . . . . . . . . . | 28 | 211,906 |
| 29 | Tentative profit or (loss). Subtract line 28 from line 7 . . . . . . . . . . . . . . . . . . . . | 29 | 7,779 |
| 30 | Expenses for business use of your home. Do not report these expenses elsewhere. Attach Form 8829 unless using the simplified method. See instructions.<br>**Simplified method filers only:** Enter the total square footage of (a) your home: _____ 2,700 and (b) the part of your home used for business: _____ 300 _____. Use the Simplified Method Worksheet in the instructions to figure the amount to enter on line 30 . . . . . . . . . . . . . . . | 30 | 1,500 |
| 31 | **Net profit or (loss).** Subtract line 30 from line 29.<br>• If a profit, enter on both **Schedule 1 (Form 1040), line 3,** and on **Schedule SE, line 2.** (If you checked the box on line 1, see instructions.) Estates and trusts, enter on **Form 1041, line 3.**<br>• If a loss, you **must** go to line 32. | 31 | 6,279 |
| 32 | If you have a loss, check the box that describes your investment in this activity. See instructions.<br>• If you checked 32a, enter the loss on both **Schedule 1 (Form 1040), line 3,** and on **Schedule SE, line 2.** (If you checked the box on line 1, see the line 31 instructions.) Estates and trusts, enter on **Form 1041, line 3.**<br>• If you checked 32b, you **must** attach **Form 6198.** Your loss may be limited. | 32a [X] All investment is at risk.<br>32b [ ] Some investment is not at risk. |

KIA    **For Paperwork Reduction Act Notice, see the separate instructions.**

Schedule C (Form 1040) 2024

Schedule C (Form 1040) 2024     SANJAY        KHATRI                                                                    Page 2

## Part III  Cost of Goods Sold (see instructions)

33  Method(s) used to
value closing inventory:     a [X] Cost     b [ ] Lower of cost or market     c [ ] Other (attach explanation)

34  Was there any change in determining quantities, costs, or valuations between opening and closing inventory?
If "Yes," attach explanation . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   [ ] Yes   [X] No

| | | | |
|---|---|---|---:|
| 35 | Inventory at beginning of year. If different from last year's closing inventory, attach explanation . . . . . | 35 | 71,285 |
| 36 | Purchases less cost of items withdrawn for personal use . . . . . . . . . . . . . . . . . . | 36 | 225,732 |
| 37 | Cost of labor. Do not include any amounts paid to yourself . . . . . . . . . . . . . . . . . | 37 | |
| 38 | Materials and supplies . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 38 | |
| 39 | Other costs . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 39 | |
| 40 | Add lines 35 through 39 . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 40 | 297,017 |
| 41 | Inventory at end of year . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 41 | 72,325 |
| 42 | **Cost of goods sold.** Subtract line 41 from line 40. Enter the result here and on line 4 . . . . . . . . . | 42 | 224,692 |

## Part IV  Information on Your Vehicle. Complete this part **only** if you are claiming car or truck expenses on line 9 and are not required to file Form 4562 for this business. See the instructions for line 13 to find out if you must file Form 4562.

43  When did you place your vehicle in service for business purposes? (month/day/year) ____ 09/01/15 ____

44  Of the total number of miles you drove your vehicle during 2024, enter the number of miles you used your vehicle for:

a Business ____ 9,216 ____   b Commuting (see instructions) ____ 0 ____   c Other ____ 609 ____

45  Was your vehicle available for personal use during off-duty hours? . . . . . . . . . . . . . . . . . . . . .   [X] Yes   [ ] No

46  Do you (or your spouse) have another vehicle available for personal use? . . . . . . . . . . . . . . . . . .   [X] Yes   [ ] No

47a  Do you have evidence to support your deduction? . . . . . . . . . . . . . . . . . . . . . . . . . . . .   [X] Yes   [ ] No

b  If "Yes," is the evidence written? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   [X] Yes   [ ] No

## Part V  Other Expenses. List below business expenses not included on lines 8–26, line 27b, or line 30.

| | |
|---|---:|
| INTERNET TELPEHONE | 2,126 |
| Printing | 1 |
| CREDIT CARD PROCESSING FE | 12,300 |
| THEFT OF CASH ARMED | 1 |
| | |
| | |
| | |
| | |
| | |

| | | |
|---|---|---:|
| 48 | Total other expenses. Enter here and on line 27a . . . . . . . . . . . . . . . . . . . . . . | 48 | 14,428 |

KIA                                                                                          Schedule C (Form 1040) 2024